# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| STATES OF CALIFORNIA, *et al.*, and | : | CIVIL ACTION |
| COMMONWEALTH OF MASSACHUSETTS, | : | NO. 16-843 |
| Plaintiffs, | : | |
| | : | |
| *Ex rel.* JOHN DOES, | : | |
| Plaintiff-Relators, | : | |
| | : | |
| v. | : | |
| | : | |
| SUN HEALTHCARE GROUP, INC., *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 16th day of April, 2024, upon consideration of **(1)** Relators' Motion for Leave to File a Second Amended Complaint (Doc. No. 50) and Defendants' Response (Doc. No. 74), and **(2)** Defendants' Motion to Unseal All Prior Filings (Doc. No. 75), Relators' Response (Doc. No. 78), and Defendants' Reply (Doc. No. 85), it is hereby **ORDERED** that:

1. Relators' Motion for Leave to File a Second Amended Complaint is **GRANTED**, and the Clerk of Court shall separately file the proposed Second Amended Complaint (Doc. Nos. 50-1 and 51) on the docket of this case.

2. Defendants' Motion to Unseal All Prior Filings is **GRANTED** as follows:

    a. The seal is **LIFTED** in full on Docket Numbers 1, 4, 6, 8, 10, 12–14, 16, 18, 20, 22, 24–25, 27–28, 30, 32–33, and 35–42;

    b. In **sixty (60) days** from the date of this Order, the seal shall be **LIFTED** on Docket Numbers 2, 3, 5, 7, 9, 11, 15, 17, 19, 21, 23, 26, 29, 31, and 34;

    c. Within **thirty (30) days** from the date of this Order, the Government may identify, with specificity, precise information on any of the documents in paragraph 2(b) above that it wishes to redact and shall explain why those requested redactions overcome the presumption in favor of public access.

3. Defendants shall have **seventy-five (75) days** from the date of this Order in which to file an answer or other response to the Second Amended Complaint

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG,         J.**