IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| STATES OF CALIFORNIA, *et al.,* and : | CIVIL ACTION |
| COMMONWEALTH OF MASSACHUSETTS, : | NO. 16-843 |
| Plaintiffs, : | |
| : | |
| *Ex rel.* JOHN DOES, : | |
| Plaintiff-Relators, : | |
| : | |
| v. : | |
| : | |
| SUN HEALTHCARE GROUP, INC., *et al.*, : | |
| Defendants. : | |

**ORDER**

**AND NOW**, this 8th day of January 8, 2025, in consideration of Defendants' Motion to Dismiss, and recognizing that the Motion raises substantially the same issues as those being considered in Hunter v. Fillmore Cap. Partners LLC, No. 24-1606 (3d Cir. appeal docketed Apr. 3, 2024), and that resolution of that case will greatly assist this Court in resolving Defendants' Motion, it is hereby **ORDERED** that the Motion is **DISMISSED without prejudice with leave to refile** following the resolution of the appeal in Hunter.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
MITCHELL S. GOLDBERG,        J.